UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HENRY HUNTER ET AL | CIVIL ACTION NO. 21-cv-1137 |
| VERSUS | JUDGE WALTER |
| RODNEY CHRISTIAN ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiffs' complaint is **DISMISSED WITH PREJUDICE** because it is untimely.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 20th day of May, 2021.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE